UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANDREW WALTERS,

        Plaintiff,

v.

RAIL CITY CASINO, *et al.*,

        Defendants.

CASE NO.: 3:13-CV-00427-RCJ-VPC

O R D E R

      The Court has considered the Report and Recommendation of United States Magistrate (ECF #9) entered on December 18, 2013, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* and dismiss Plaintiff's Complaint with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

      ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #9).

      IT IS SO ORDERED this 6th day of January, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE